Joseph F. Schmitt, Esq.
Nevada Bar No. 9681
LERNER & ROWE INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 941-5138
E-mail: jschmitt@lernerandrowe.com
Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO MONTANO, individually, | Case No. 2:23-CV-00979-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |
| HOME DEPOT U.S.A., INC., a Delaware corporation d/b/a THE HOME DEPOT, | |
| Defendant. | **(Special Scheduling Review Requested)** |

Under Fed. R. Civ. P. 26(f) and Local Rule 26-1(b), the parties submit their stipulated Discovery Plan and Scheduling Order. The parties respectfully request a 270-day discovery period starting from the date of their Rule 26(f) conference (July 18, 2023). Initial Defendant THE HOME DEPOT, INC. filed its Answer on July 10, 2023 (Dkt. 9). This requested change, the reasons for it, and the proposed schedule are set forth in more detail below. Deadlines that fall on a Saturday, Sunday, or legal holiday have been scheduled for the next judicial day.

1. Initial Disclosures. The parties will serve initial disclosures by **August 1, 2023**, which is 14 days after the Rule 26(f) conference.

2. Close of Discovery. This is a negligent premises liability case arising from an alleged incident involving Plaintiff suffering personal injuries by sitting on a broken chair for sale within Defendant's Home Depot store, causing him to fall. Defendant is currently attempting to ascertain the manufacturer of the broken chair, and there is a strong likelihood the manufacturer is located outside the United States. Due to the complexity of the issues, the parties will need time beyond the standard 180-day discovery plan, to complete discovery including ascertaining the manufacturer of the broken chair, joining and serving the manufacturer, serving discovery, obtaining

1

medical records, retaining experts, coordinating, and conducting depositions. This additional time will also allow the parties to engage in meaningful discussions about potentially resolving this case. For these reasons, the parties propose a 270-day discovery period running from the date of the parties' Rule 26(f) conference, with discovery closing on **April 15, 2024.**

      3.     Amending the Pleadings and Adding Parties.  The parties shall have until **January 16, 2024**, to file any motions to amend the pleadings or to add parties.  This is 90 days before the discovery cut-off date.

      4.     Expert Disclosures.  The deadline for expert disclosures is **February 15, 2024,** which is 60 days before the close of discovery.  The deadline for rebuttal expert disclosures is **March 18, 2024,** which is 30 days after expert disclosures.

      5.     Dispositive Motions.  Dispositive motions must be filed by **May 15, 2024,** which is 30 days after the close of discovery.

      6.     Pretrial Order.  The parties' joint pretrial order is due **June 14, 2024**, which is 30 days after the dispositive motion deadline. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

      7.     Rule 26(a)(3) Disclosures.  The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them will be included in the parties' joint pretrial order.

      8.     Alternative Dispute Resolution.  The parties have considered resolution and the possibility of using alternative dispute resolution processes, and the parties may revisit these options as the case proceeds.

      9.     Alternative Forms of Case Disposition.  The parties have considered trial by a magistrate judge and the short trial program, and the parties may revisit these options as the case proceeds.

      10.    Electronic Evidence.  The parties anticipate their initial, supplemental, and responsive production of materials will be in .pdf and/or paper formats.  These productions may be served by electronic means.  The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations.  The parties have not reached any stipulations in this regard at this time.  Counsel will further discuss and address the presentation of

electronic exhibits at trial in connection with the joint pretrial order, pretrial conference, and/or calendar call, as applicable and appropriate.

Respectfully submitted this 21st day of July, 2023.

| LERNER & ROWE INJURY ATTORNEYS | HALL JAFFE |
|---|---|
| /s/ Joseph F. Schmitt | /s/ Michael D. Maupin |
| Joseph F. Schmitt, Esq. | STEVEN T. JAFFE, ESQ. |
| Nevada Bar No. 9681 | Nevada Bar No. 7035 |
| 4795 South Durango Dr. | MICHAEL D. MAUPIN, ESQ. |
| Las Vegas, Nevada 89147 | Nevada Bar No. 13721 |
| Attorneys for Plaintiff | 7425 Peak Drive |
|  | Las Vegas, Nevada 89128 |
|  | Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 24, 2023

3