STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@halljaff.com

**HALL JAFFE, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendant Home Depot U.S.A., Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO MONTANO, individually, | CASE NO.  2:23-cv-00979-JCM-NJK |
| Plaintiff, | |
| vs. | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| HOME DEPOT U.S.A., INC., a Delaware corporation d/b/a THE HOME DEPOT, | |
| Defendant. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Michael D. Maupin, Esq., Nevada Bar No. 13721, is no longer associated with the law firm of Hall Jaffe, LLP.  The undersigned requests that Mr. Maupin be removed from the service list.

Hall Jaffe, LLP continues to serve as counsel for Defendant Home Depot U.S.A., Inc. in this action.

…

…

…

1

All items, including but not limited to, pleadings, papers, correspondence, documents, and future notices in this action should continue to be directed to Steven T. Jaffe, Esq.

DATED this 24th day of April, 2024.

**HALL JAFFE**

By:    */s/ Steven T. Jaffe*
        STEVEN T. JAFFE, ESQ.
        Nevada Bar No. 7035
        7425 Peak Drive
        Las Vegas, Nevada 89128
        *Attorney for Defendant Home Depot*
        *U.S.A., Inc.*

**<u>ORDER</u>**

IT IS SO ORDERED.

DATED: __April 26, 2024_____

_____
UNITED STATES MAGISTRATE JUDGE