**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FERNANDO MONTANO,<br><br>      Plaintiff(s),<br><br>v.<br><br>HOME DEPOT USA, INC.,<br><br>      Defendant(s). | Case No. 2:23-cv-00979-JCM-NJK<br><br>**Order**<br><br>[Docket No. 26] |

The parties have reached a settlement. Docket No. 26. Dismissal papers must be filed by September 23, 2024.

IT IS SO ORDERED.

Dated: August 12, 2024

                                                      Nancy J. Koppe
                                                    United States Magistrate Judge