STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@halljaff.com

**HALL JAFFE, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendant Home Depot U.S.A., Inc.*
*d/b/a The Home Depot*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO MONTANO, individually, | CASE NO.  2:23-cv-00979-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| HOME DEPOT U.S.A., INC., a Delaware corporation d/b/a THE HOME DEPOT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff FERNANDO MONTANO, by and through his attorneys, JOSEPH SCHMITT, ESQ., of LERNER & ROWE INJURY, and Defendant HOME DEPOT U.S.A, INC. d/b/a THE HOME DEPOT, by and through its attorneys STEVEN T. JAFFE, ESQ., of HALL JAFFE. LLP, that Case No. 2:23-cv-00979-JCM-NJK, entitled *Fernando Montano v. Home Depot U.S.A., Inc. d/b/a The Home Depot,* is hereby dismissed with prejudice and that these parties agree to bear their own attorney's fees and costs and any interest.

…

…

…

…

…

1

**IT IS SO STIPULATED:**

DATED this 11th day of September, 2024.

**HALL JAFFE, LLP**                    **LERNER & ROWE INJURY ATTORNEY**

*/s/ Steven T. Jaffe*                      */s/ Joseph Schmitt*
By:_____                  By:_____
STEVEN T. JAFFE, ESQ.                  JOSEPH SCHMITT, ESQ.
Nevada Bar No. 7035                    Nevada Bar No. 9681
7425 Peak Drive                       4795 So. Durango.
Las Vegas, NV  89128                   Las Vegas, NV  89147
*Attorney for Defendant Home Depot*    *Attorney for Plaintiff*
*U.S.A., Inc.*

## **ORDER**

Based on the stipulation of the parties, Case No. 2:23-cv-00979-JCM-NJK, entitled

*Fernando Montano v. Home Depot U.S.A., Inc. d/b/a The Home Depot*, is hereby dismissed

with prejudice and that these parties agree to bear their own attorney's fees and costs and any

interest.

The Clerk of Court is kindly instructed to close this case.

Dated: September 13, 2024.
_____

_____
UNITED STATES DISTRICT JUDGE

2